IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

    **Plaintiff**

vs.            Case No. 4:10cr54-RH/CAS

**LEONARD DESHAZIER**

    **Defendant.**
_____/

**FINAL ORDER OF FORFEITURE**

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on December 1, 2010, this Court entered a Preliminary Order of Forfeiture against the following:

> **A. Real property located at 880 Tyler Sanders Road, Quincy, Florida with all improvements and appurtenances thereon.**
> **B. 2002 Dodge Ram 1500, VIN: 3B7HA18N12G102931**
> **C. $10,000.00 in United States Currency**

WHEREAS, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and of the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on December 3, 2010.

Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, the United States of America released the Lis Pendens from the above-referenced real property and now forfeits the following:

**A. 2002 Dodge Ram 1500, VIN: 3B7HA18N12G102931**
**B. $10,000.00 in United States Currency**

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, and it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the this property—the 2002 Dodge Ram 1500, VIN: 3B7HA18N12G102931, and $10,000.00 in United States Currency—is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

SO ORDERED on August 14, 2012.

s/Robert L. Hinkle
United States District Judge